# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Olivia Aguilar-Bamaca,

    Petitioner

v.

Nikita Curry, Assistant Field Office Director, Immigration & Customs Enforcement; et al.,

    Respondents

Case No.: 2:18-cv-01486-JAD-NJK

**Order Directing Response**

    IT IS HEREBY ORDERED that the **Government must FILE a response to** Olivia Aguilar-Bamaca's emergency request for a stay of deportation **[ECF No. 1] by August 22, 2018.**

    IT IS FURTHER ORDERED that petitioner's counsel **must immediately SERVE on the respondents a copy of this order via certified mail AND by e-mail if petitioner's counsel has the e-mail address for any of the respondents.**

Dated: August 10, 2018

                                              _____
                                              U.S. District Judge Jennifer A. Dorsey