UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Olivia Aguilar-Bamaca,<br><br>    Petitioner<br><br>v.<br><br>Immigration and Customs Enforcement, et al.,<br><br>    Respondents | Case No.: 2:18-cv-01486-JAD-NJK<br><br>**Order Granting Temporary Stay**<br><br>[ECF No. 5] |

    Petitioner Olivia Aguilar-Bamaca is a citizen of Guatemala who, along with her 5-year-old daughter, entered the United States illegally to seek asylum. Aguilar-Bamaca and her daughter were soon separated: the daughter was presumably released to Aguilar-Bamaca's brother in Florida while Aguilar-Bamaca went through Credible Fear Interviews to determine whether she is eligible for asylum. An asylum officer and an immigration judge both found Aguilar-Bamaca ineligible.

    Aguilar-Bamaca has since been transferred to a detention center in Arizona to be deported today. She has filed an emergency motion for a stay of her removal while her petition for a writ of habeas corpus is pending.[1] Because time is of the essence, and because I have already directed the respondents to respond to her original emergency motion by August 22, 2018, but petitioner's most recent filing shows that her deportation is imminent, and, absent a stay, she will be deported before I receive the government's response, I grant a temporary stay of her deportation and set this matter for an emergency hearing.

    Accordingly, IT IS HEREBY ORDERED that this emergency motion **[ECF No. 5] is GRANTED in part.** Aguilar-Bamaca's deportation is **temporarily STAYED until 5:00 p.m. PST on August 24, 2018, or further order of this court.** IT IS FURTHER ORDERED that **Aguilar-Bamaca's original emergency request [ECF No. 1] will be heard at 9:00 a.m. PST on August 24, 2018, in courtroom 6D of the Lloyd D. George Courthouse at 333 S. Las**

---

[1] ECF No. 5.

1

**Vegas Blvd., Las Vegas, NV 89101.** IT IS FURTHER ORDERED that Aguilar-Bamaca **must IMMEDIATELY SERVE a copy of this order on all respondents.**

Dated: August 16, 2018

_____
U.S. District Judge Jennifer A. Dorsey