# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Olivia Aguilar-Bamaca, <br><br> Petitioner <br><br> v. <br><br> Immigration and Customs Enforcement, et al., <br><br> Respondents | Case No.: 2:18-cv-01486-JAD-NJK <br><br> **Order Granting Motion to Extend Time and Extending Temporary Stay** <br><br> [ECF No. 8] |

Based on the Government's motion, the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the United States' Unopposed Motion for Extension of Time to Respond to Petitioner's Emergency Request for Stay of Deportation [ECF No. 8] is GRANTED;

IT IS FURTHER ORDERED that **respondents have until August 29, 2018, to file their response** to the Emergency Motion [ECF No. 1];

IT IS FURTHER ORDERED that **the temporary stay of deportation [ECF No. 6] is EXTENDED for one week and will expire at 5:00 p.m. PST on August 31, 2018, or further order of this court**;

IT IS FURTHER ORDERED that **Aguilar-Bamaca's original emergency request [ECF No. 1] will be heard at 9:00 a.m. PST on August 31, 2018, in courtroom 6D of the Lloyd D. George Courthouse at 333 S. Las Vegas Blvd., Las Vegas, NV 89101.**

Dated: August 23, 2018

_____
U.S. District Judge Jennifer A. Dorsey

1