# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Olivia Aguilar-Bamaca,<br>   Petitioner<br>v.<br>Immigration and Customs Enforcement, et al.,<br>   Respondents | Case No.: 2:18-cv-01486-JAD-NJK<br>**Order Extending Temporary Stay** |

Good cause appearing and for the reasons stated on the record at today's hearing, IT IS HEREBY ORDERED that the **temporary stay of deportation [ECF Nos. 6, 9] is extended for an additional week and will expire at 5:00 p.m. PST on September 7, 2018, or further order of this court**;

IT IS FURTHER ORDERED that respondents **must file a status report** regarding the reunification of petitioner and her daughter by **5:00 p.m. PST on September 5, 2018**;

IT IS FURTHER ORDERED that **a status conference will be held at 8:45 a.m. PST on September 7, 2018, in courtroom 6D of the Lloyd D. George Courthouse at 333 S. Las Vegas Blvd., Las Vegas, NV 89101.** Respondents' non-local counsel may appear telephonically.

Dated: August 31, 2018

                                              U.S. District Judge Jennifer A. Dorsey